In the Matter of the Transfer Tax upon the Estate of JENNIE WOOLWORTH, Deceased.

HELENA W. McCANN et al., as Administrators of the Estate of JENNIE WOOLWORTH, Deceased, Appellants; STATE TAX COMMISSION, Respondent.

(Argued October 25, 1932; decided November 22, 1932.)

*Charles H. Tuttle, John Burnet Nash, Paul Armitage, Edward A. Craighill, Jr.,* and *Charles E. F. McCann* for appellants.

*Harry M. Peyser, Percy D. Stoddard* and *Jerome M. Hirsch* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.